IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WILLIAM H. MORRIS                                                    PLAINTIFF

V.                              4:09CV00756 JMM

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY                                                    DEFENDANT

## ORDER

Pursuant to the parties Joint Motion to Dismiss, docket # 14, this case is hereby dismissed with prejudice, with each party bearing its own fees and costs.

IT IS SO ORDERED this 5th day of January, 2010.

_____
James M. Moody
United State District Judge