## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**WILLIAM H. MORRIS**                                                                     **PLAINTIFF**

**V.**                                                  **4:09CV00756 JMM**

**HARTFORD LIFE AND ACCIDENT**
**INSURANCE COMPANY**                                                                  **DEFENDANT**

### ORDER

Pursuant to the parties Joint Motion to Dismiss, docket # 14, this case is hereby dismissed with prejudice, with each party bearing its own fees and costs.

IT IS SO ORDERED this 5th day of January, 2010.

_____
James M. Moody
United State District Judge